UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Joseph E Regan § Case No. 12-11152
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

    10:00 a.m. on May 14, 2013
    in Courtroom 615, U.S. Courthouse
    219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____Kenneth S. Gardner_____
                    Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| Joseph E Regan | § | Case No. 12-11152 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 10,000.00 |
| --- | --- | --- |
| and approved disbursements of | $ | 22.38 |
| leaving a balance on hand of[1] | $ | 9,977.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: STEVEN R. RADTKE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 2.80 | $ 0.00 | $ 2.80 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,114.24 | $ 0.00 | $ 2,114.24 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 11.40 | $ 0.00 | $ 11.40 |

| Total to be paid for chapter 7 administrative expenses | $ | 3,878.44 |
| --- | --- | --- |
| Remaining Balance | $ | 6,099.18 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,099.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Superior Point Condo Association | $ 2,218.20 | $ 0.00 | $ 2,218.20 |
| 2 | Discover Bank | $ 3,880.98 | $ 0.00 | $ 3,880.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,099.18 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                  NONE

                          Prepared By: /s/ Steven R. Radtke
                                        Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                   Case No. 12-11152-JSB
Joseph E Regan                                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams           Page 1 of 2           Date Rcvd: Apr 09, 2013
                               Form ID: pdf006          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
db          +Joseph E Regan,    819 W Superior Street,    Unit # 3,    Chicago, IL 60642-4272
18654319    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18654320    +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
18654322    #+John La Giglia,    2542 W 102nd Place,    Chicago, IL 60655-1023
18654323    +Metropolitan Capital Bank,    9 East Ontario Street,    Chicago, IL 60611-2709
18654324    +Noonan & Lieberman,    105 W. Adams Street,    suite 1100,    Chicago, IL 60603-6238
18654325    +Superior Point Condo Association,    The Law Practice of Kellie Walters,
              800 W Huron Street Suite 4E,    Chicago, IL 60642-5973
18654326    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19455411     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:36:01     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18654321    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 10 2013 02:36:01     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Chill, Chill & Radtke
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**            **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Apr 09, 2013
                              Form ID: pdf006              Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2013 at the address(es) listed below:

        Janna L Quarless     on behalf of Debtor Joseph E Regan jquarless@robertjsemrad.com, rjscourtdocs@gmail.com
        Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
        Steve   Miljus    on behalf of Debtor Joseph E Regan smiljus@robertjsemrad.com, rjscourtdocs@gmail.com
        Steven R Radtke     sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
        Steven R Radtke     on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com

        TOTAL: 5